# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141713

EDDIE FIELDS,

     Plaintiff-Appellant,

v

                                       SC: 141713
                                       AGC: 1174/10

ATTORNEY GRIEVANCE COMMISSION,

     Defendant-Appellee.
_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 28, 2010, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2010

jam

_____
Clerk